## PRUES v A J HENKEL CONSTR CO et

Ohio Appeals, 1st Dist, Hamilton Co

Decided Dec 10, 1934

Fred Weiland, Cincinnati, and Jno. B. Bruns, Cincinnati, for plaintiff in error.

Dolle, O'Donnell & Cash, Cincinnati, and George E. Fee, Cincinnati, for defendants in error.

For full opinion see 3 OO 350; 49 Oh Ap 501.